UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

APR **1 1** 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEMETRIUS SMITH, ) | **4:19CR294 RLW/NCC** |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that

## COUNT ONE

On or about November 15, 2018, in St. Louis County, within the Eastern District of
Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly obstruct, delay and affect, and attempt to obstruct, delay and
affect, commerce and the movement of articles and commodities in such commerce, by robbery
of T-Mobile, a commercial establishment engaged in interstate and foreign commerce and in the
business of buying and selling articles and commodities that have previously been transported in
interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and punishable under Title
18, United States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about November 15, 2018, in St. Louis County, within the Eastern District of
Missouri,

**DEMETRIUS SMITH,**

the defendant herein, did knowingly possess and brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about November 21, 2018, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS SMITH,**

the defendant herein, did knowingly obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce and the movement of articles and commodities in such commerce, by robbery of MetroPCS, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and punishable under Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about November 21, 2018, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS SMITH,**

the defendant herein, did knowingly possess and brandish a firearm, during and in relation to a

crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count Three of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

The Grand Jury further charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce and the movement of articles and commodities in such commerce, by robbery of Bucky's Express, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and punishable under Title 18, United States Code, Section 1951(a).

## COUNT SIX

The Grand Jury further charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly possess and brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section

1951, as alleged in Count Five of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVEN

The Grand Jury further charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce and the movement of articles and commodities in such commerce, by robbery of QuikTrip, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and punishable under Title 18, United States Code, Section 1951(a).

## COUNT EIGHT

The Grand Jury further charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly possess and brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count Seven of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under

Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT NINE

The Grand Jury further charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce and the movement of articles and commodities in such commerce, by robbery of 7-Eleven, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and punishable under Title 18, United States Code, Section 1951(a).

## COUNT TEN

The Grand Jury further charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### DEMETRIUS SMITH,

the defendant herein, did knowingly possess and brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count Nine of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about November 26, 2018, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS SMITH,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney