State of Missouri }
}
                                    SS
County of St. Louis }
}

In Division 4L_____ of the Circuit Court of St. Louis County

State of Missouri

Search Warrant Affidavit

Detective Clay Dean of the Bridgeton Missouri Police Department being duly sworn deposes and states upon information and belief that the **place known, described, named, designated as:**

The Sprint cellular phone account/records assigned phone number of 314-333-1782, used by Demetrius Smith, currently located and contained within the records and offices of the Subpoena Compliance Center 6480 Sprint Parkway Overland Park, KS 66251, being held in the normal course of that entity's business.

**Is being used for the purpose of secreting material that constitutes evidence of the commission of a criminal offense, Robbery 1st Degree at 12175 St. Charles Rock Road Bridgeton, MO 6344 to wit:**

FOR THE FOLLOWING PROPERTY:

All records associated with mobile number **(314) 333-1782** for the dates of **06/01/2018** to **12/01/2018**.

*If the number is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.

This request includes:


GOVERNMENT EXHIBIT 2

1. **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System) – AT&T, RTT (Round Trip Time/Return Trip Time/Real Time Tool) - Verizon, PCMD (Per Call Measurement Data) – Sprint & U.S. Cellular, and TrueCall® or TDOA (Time Distance of Arrival or Timing Advance Information) – T-Mobile & Metro by T-Mobile, Mediation Records, E9-1-1, and/or Historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2. **Call/Text/Data Detail Records:** All records associated with the identified mobile number **(314) 333-1782**, also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail, and all data connections from **06/01/2018** through **12/01/2018** and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination/Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text or data connections.

3. **Electronically Stored Records:** All records associated with the identified mobile number **(314) 333-1782**, to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g. pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Destination Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as: **(314) 333-1782**

4. **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5. **Cloud Storage**: Content stored in remote storage or 'cloud accounts' associated with the target device including, but not limited to, contacts, call logs, SMS and MMS messages with associated content including audio, video, and image files, digital images and videos, and files or documents.

6. **Cell Site List(s)**: List of all cell-sites as of **12/01/2018** for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector. If multiple technologies (CDMA, UMTS, GSM, LTE etc.) are referenced in the records, all appropriate corresponding cell site lists will also be provided.

7. **Subscriber Records:** All information for the following mobile number **(314) 333-1782** including:

    1. All Subscriber information to include name, tax identification number (social security number or employer identification number).
    2. Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.
    3. Credit information obtained or used by the company to grant account status.
    4. All numbers associated with account.
    5. Billing records.
    6. All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).
    7. All Authorized users on the associated account.
    8. Activation date and termination date of each device associated with the account and above listed number(s).
    9. Types of service subscriber utilized (e.g. A-list, AT&T Messages, friends and family).

10. Make, model, serial number, IMEI, ESN, MEID, and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

11. All customer service and account notes.

12. Any and all number and/or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **(314) 333-1782**. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced account(s), the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

**Affiant states that he has reason to believe such materials are being secreted therein because:**

On 11/21/2018 a Robbery 1st Degree was reported at Metro PCS located at 12175 St. Charles Rock Road, located within the city of Bridgeton, MO 63044. Surveillance video revealed a masked gunman had entered the business. While holding the employees at gunpoint, the suspect demanded cellular phones and cash. The suspect made good on his escape with 18 cellular phones and cash.

On 11/27/2018 Detective Dean was notified by Metro PCS that one of the stolen phones had been activated. Contact was made with ▮▮▮▮▮▮▮▮▮▮ who had bought and activated an IPhone 6S. He had purchased the phone from the Wireless Spot located at 1491 Keinland Avenue St. Louis, MO 63113. Contact was made with an employee at the Wireless Spot, resulting in the recovery of 13 phones stolen from Metro PCS.

On 11/29/2018 Detective Dean learned of an arrest made by Overland Police Department wherein a suspect, Demetrius Smith had been arrested in reference to another robbery. Overland Police Department had conducted a consent search of Smith's cellular phone, which revealed communications between Smith and the user of phone number (314) 498-7397. The conversation highlighted businesses surrounding the Bridgeton Metro PCS store prior to the robbery as if the two persons were working in concert to commit the robbery. A jacket and gloves seized during Smith's arrest. Along with a large duffle bag located in Smith's vehicle, match items worn and used by the robbery suspect.

The employee of the Wireless Spot who had purchased the 13 stolen phones later viewed and identified Smith as the seller of the stolen phones.

A review of surveillance video from surrounding businesses revealed a dark in color Dodge Charger, matching Smith's rented 2019 Dodge Charger, circling the area before the robbery.

The detailed phone records requested above would be invaluable in proving or disproving Smith as suspects in this crime.

Sworn to and subscribed before me this ___19___ day of December, 2018

Affiant _C. Dean #243_   Time _2:30 pm_ Date _12/19/18_

Honorable Judge _RMHeyyw_   Time _2:30 p.m._ Date _12/19/18_