UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 4:19-CR-294 RLW |
| ) | |
| DEMETRIUS SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 143).

Defendant Demetrius Smith filed a Motion to Suppress Evidence and Statements (ECF No. 113). The United States filed a response opposing Defendant's Motion (ECF No. 123).

Pursuant to 28 U.S.C. § 636(b), this matter was referred to Judge Collins, who held an evidentiary hearing on Defendant's Motion on March 31, 2022. A transcript of the hearing was filed on April 19, 2022 (ECF No. 142). The Magistrate Judge filed the instant Report and Recommendation and Memorandum and Opinion on May 20, 2022. Neither party submitted objections to the Report and Recommendation within the fourteen (14) day period allowed pursuant to 28 U.S.C. § 636(b)(1), which required that objections be filed by June 3, 2022.

The Magistrate Judge recommends that Defendant Smith's Motion to Suppress Evidence and Statements be denied.

After de novo review of Defendant's Motion, the United States' response, the transcript of the evidentiary hearing, the video clips and other Government exhibits introduced into evidence at the hearing, and the Magistrate Judge's Report and Recommendation, this Court adopts the Magistrate Judge's recommendations in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate (ECF No. 143) is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Smith's Motion to Suppress Evidence and Statements (ECF No. 113) is **DENIED**.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of June, 2022.